SLIP OPINION

Cite as 2016 Ark. 133

# SUPREME COURT OF ARKANSAS
**No.**

IN RE ARKANSAS CODE
REVISION COMMISSION

**Opinion Delivered:** March 17, 2016

## PER CURIAM

Haley Burks, Esq., of Little Rock, and Candice Settle, Esq., of Van Buren, are appointed to the Arkansas Code Revision Commission for four-year terms to expire on March 31, 2020. The court thanks them for their willingness to undertake this important work. Bettina Brownstein, Esq., of Little Rock is reappointed to the Arkansas Code Revision Commission for a four-year term to expire on March 31, 2020, and we thank her for her continued service.

The court expresses its gratitude to David Matthews of Rogers and Don Schnipper of Hot Springs, whose terms have expired, for their years of dedicated service to the commission.